**JUDGE PRESKA 08 CV 01720 CLOSED**

# U.S. District Court
## Eastern District of New York (Brooklyn)
### CIVIL DOCKET FOR CASE #: 1:07-cv-04539-FB-RLM

Musalli Factory for Gold & Jewellry Co. v. JPMorgan Chase Bank, N.A. et al
Assigned to: Senior-Judge Frederic Block
Referred to: Magistrate-Judge Roanne L. Mann
Cause: 28:1332 Diversity-Fraud

Date Filed: 10/30/2007
Date Terminated: 02/20/2008
Jury Demand: Plaintiff
Nature of Suit: 370 Fraud or Truth-In-Lending
Jurisdiction: Diversity

**Plaintiff**

**Musalli Factory for Gold & Jewellry Co.**

represented by **John F. Lauro**
Lauro Law Firm
101 E. Kennedy Blvd., Suite 3100
Tampa, FL 33602
813-222-8990
Fax: 813-222-8991
Email: jlauro@laurolawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*



A TRUE COPY ATTEST 2/20/20 08
ROBERT C. HEINEMANN CLERK
BY: _____ DEPUTY CLERK

V.

**Defendant**

**JPMorgan Chase Bank, N.A.**

represented by **Alan H. Scheiner**
Levi Lubarsky & Feigenbaum LLP
1185 Avenue of the Americas, 17th Floor
New York, NY 10036
(212) 308-6100
Fax: (212) 308-8830
Email: ascheiner@llf-law.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Chase Investment Services Corporation**

represented by **Alan H. Scheiner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**



U.S. DISTRICT COURT FILED FEB 21 2008 S.D. OF N.Y.

**Nicholas Gambella**  represented by **Alan H. Scheiner**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/30/2007 | 1 | COMPLAINT against JPMorgan Chase Bank, N.A., Chase Investment Services Corporation, Nicholas Gambella $ 350, filed by Musalli Factory for Gold & Jewellry Co.. (Attachments: # 1 Civil Cover Sheet # 2 exhibits) (Bowens, Priscilla) (Entered: 10/31/2007) |
| 10/30/2007 |  | Summons Issued as to JPMorgan Chase Bank, N.A., Chase Investment Services Corporation, Nicholas Gambella. (Bowens, Priscilla) (Entered: 10/31/2007) |
| 02/19/2008 | 2 | First MOTION to Change Venue *Upon Stipulation of the Parties* by JPMorgan Chase Bank, N.A., Chase Investment Services Corporation, Nicholas Gambella. (Attachments: # 1 Stipulation and Order for Transfer of Venue to the Southern District of New York) (Scheiner, Alan) (Entered: 02/19/2008) |
| 02/20/2008 |  | ELECTRONIC ORDER: Counsel's stipulation dated 2/14/08 is granted 2. The Clerk of the Court shall transfer this case to the SDNY and have it assigned to J. Hellerstein as related to CV-06-82(AKH) Musalli Factory for Gold & Jewellry Co. v. NY Financial LLC. There will be no formal order mailed to counsel. Ordered by Senior Judge Frederic Block on 2/20/08. (Innelli, Michael) (Entered: 02/20/2008) |
| 02/20/2008 |  | Case transferred to District of New York - Southern. Original file, certified copy of transfer order, and docket sheet sent, cover letter. Ordered by Senior Judge Frederic Block on 2/20/2008. (Lee, Tiffeny) (Entered: 02/20/2008) |