UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

| | | |
|---|---|---|
| MUSALLI FACTORY FOR GOLD & JEWELLRY CO., | : | 1:08-cv-01720 (LAP) |
| Plaintiff, | : | RULE 7.1 STATEMENT OF DEFENDANTS JPMORGAN |
| -against- | : | CHASE BANK, N.A., AND CHASE INVESTMENT |
| JPMORGAN CHASE BANK, N.A., CHASE INVESTMENT SERVICES CORPORATION, and NICHOLAS GAMBELLA, | : | SERVICES CORPORATION |
| | : | |
| Defendants. | : | |

----------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendants JPMorgan Chase Bank, N.A. and Chase Investment Services Corporation, certifies that JPMorgan Chase Bank, N.A. is wholly owned by its parent corporation, JPMorgan Chase & Co., a publicly held corporation, and Chase Investment Services Corporation is wholly owned by its parent corporation Banc One Capital Holdings LLC, which is wholly owned by its parent corporation, JPMorgan Chase & Co., a publicly held corporation.

Dated:  New York, New York
        March 12, 2008          LEVI LUBARSKY & FEIGENBAUM LLP


                                By:  _____/s_____
                                        Andrea Likwornik Weiss
                                1185 Avenue of the Americas, 17th Floor
                                New York, New York 10036
                                (212) 308-6100

                                *Attorneys for Defendants JPMorgan Chase Bank, N.A. and Chase Investment Services Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | | |
|---|---|---|
| MUSALLI FACTORY FOR GOLD & JEWELLRY CO., | : | 1:08-cv-01720 (LAP) |
| Plaintiff, | : | RULE 7.1 STATEMENT OF DEFENDANTS JPMORGAN |
| -against- | : | CHASE BANK, N.A., AND CHASE INVESTMENT |
| JPMORGAN CHASE BANK, N.A., CHASE INVESTMENT SERVICES CORPORATION, and NICHOLAS GAMBELLA, | : | SERVICES CORPORATION |
| Defendants. | : | |

-----------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendants JPMorgan Chase Bank, N.A. and Chase Investment Services Corporation, certifies that JPMorgan Chase Bank, N.A. is wholly owned by its parent corporation, JPMorgan Chase & Co., a publicly held corporation, and Chase Investment Services Corporation is wholly owned by its parent corporation Banc One Capital Holdings LLC, which is wholly owned by its parent corporation, JPMorgan Chase & Co., a publicly held corporation.

Dated: New York, New York
March 12, 2008      LEVI LUBARSKY & FEIGENBAUM LLP

By: _____/s_____
   Andrea Likwornik Weiss
1185 Avenue of the Americas, 17th Floor
New York, New York 10036
(212) 308-6100

*Attorneys for Defendants JPMorgan Chase Bank, N.A. and Chase Investment Services Corporation*