UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MUSALLI FACTORY FOR GOLD
& JEWELLRY CO.,                                     :     1:08-cv-01720 (LAP)
                                                    :
          Plaintiff,                              :
                                                    :     **PLAINTIFF'S RULE 7.1**
                                                    :     **DISCLOSURE STATEMENT**
                                                    :
          -against-                              :
                                                    :
JPMORGAN CHASE BANK N.A., CHASE                     :
INVESTMENT SERVICES CORPORATION,                    :
and NICHOLAS GAMBELLA,                              :
                                                    :
          Defendants.                             :
-------------------------------------------------------------X

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel certifies that plaintiff Musalli Factory For Gold & Jewellry Co. has no corporate parent and that no public corporation owns 10% or more of its stock.

Dated: New York, New York
       March 18, 2008

                                                             **THE LAURO LAW FIRM**

                                                            By:    /s/John F. Lauro
                                                            John F. Lauro, Esq. (NY Bar JL-2635)
                                                            101 East Kennedy Blvd.
                                                           Bank of America Plaza – Suite 3100
                                                           Tampa, FL 33602
                                                           T: 813-222-8990
                                                           F: 813-222-8991

                                                           1540 Broadway, Suite 1604
                                                           New York, NY 10036
                                                           T: 646-746-8659
                                                           F: 212-938-0858
                                                           *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system and was sent by U.S. mail March 18, 2008 to:

Andrea Likwornik Weiss
1185 Avenue of the Americas
17th Floor
New York, NY 10036
*Counsel for Defendants*

                                                    /s/John F. Lauro
                                                    John F. Lauro