UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

MUSALLI FACTORY FOR GOLD, et al.,  :   08 CV 1720 (LAP)

                Plaintiffs,  :   **MEMORANDUM**

   v.  :

J.P. MORGAN CHASE BANK, N.A.,  :

                Defendant.  :

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/08

LORETTA A. PRESKA, United States District Judge:

The parties are informed that the law firm in which my husband is a partner, Cahill Gordon & Reindel LLP, represents J.P. Morgan Chase & Co. and/or its affiliates from time to time, and he works on some of those matters.

So Ordered:

Dated: New York, New York
       March 17, 2008

                                                  _____
                                                  LORETTA A. PRESKA, U.S.D.J.

CGRMEMJPM2