UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

MUSALLI FACTORY FOR GOLD
& JEWELLRY CO.,

     Plaintiff,

   -against-

JPMORGAN CHASE BANK N.A., CHASE
INVESTMENT SERVICES CORPORATION,
and NICHOLAS GAMBELLA,

     Defendants.

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/08

1:08-cv-01720 (LAP)

**STIPULATION REGARDING EXTENSIONS OF TIME**

  WHEREAS, the complaint in this matter was initially filed in the Eastern District of New York on or about October 30, 2007;

  WHEREAS, this matter was transferred upon stipulation to the Southern District of New York on or about March 10, 2008;

  WHEREAS, pursuant to defendants' waiver of the service of a summons, the defendants' response to the complaint is due on March 24, 2008; and

  WHEREAS, there has been no prior request for adjournment of the time to answer or otherwise respond to the complaint.

  THEREFORE, it is hereby Stipulated and Agreed that:

  1. The time for defendants to answer or otherwise respond to the complaint shall be adjourned until April 22, 2008;

  2. If defendants move to dismiss the complaint, plaintiff shall serve its opposition to defendants' motion to dismiss on or before May 22, 2008; and

3. Defendants shall serve reply papers to plaintiff's opposition on or before June 9, 2008.

Dated: New York, New York
March 14, 2008

THE LAURO LAW FIRM

By: _____
John F. Lauro, Esq. (NY Bar JL-2635)
101 East Kennedy Blvd.
Bank of America Plaza – Suite 3100
Tampa, FL 33602
T: 813-222-8990
F: 813-222-8991

1540 Broadway. Suite 1604
New York, NY 10036
T: 646-746-8659
F: 212-938-0858
*Attorneys for Plaintiff*

LEVI LUBARSKY & FEIGENBAUM LLP

_____
Andrea Likwornik Weiss
Alan H. Scheiner
1185 Avenue of the Americas
17th Floor
New York, NY 10036
T: 212.308.6100
F: 212.308.8830
*Attorneys for Defendants*

So ordered this 22nd day of March, 2008.

_____
Hon. Loretta A. Preska
United States District Judge

2