```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                               :
MUSALLI FACTORY FOR GOLD &    :   08 CV 1720 (LAP)
JEWELRY CO.,                               :
                                               :   ORDER
    Plaintiff,          :
                                               :
  v.                                 :
                                               :
JP MORGAN CHASE BANK, N.A.,   :
CHASE INVESTMENT SERVICES :
CORPORATION and NICHOLAS  :
GAMBELLA,                                :
                                               :
    Defendants.      :
                                               :
------------------------------------------------------X

LORETTA A. PRESKA, United States District Judge:

  In light of defendants' announced intention to move to dismiss the complaint for failure to state a claim, a telephone conference was held on April 16. It was agreed that

1) Defendants shall inform Plaintiff by letter no later than April 29 of the perceived deficiencies in the complaint;

2) Plaintiff will inform counsel and the Court by letter no later than May 9 whether Plaintiff wishes to amend the complaint one final time or to stand on the current complaint, with the understanding that in either event, no further amendments will be permitted;

3) if Plaintiff wishes to amend, it shall do so no later than May 16; and

2

4) if Plaintiff chooses to stand on the present complaint, Defendants shall file their motion to dismiss forthwith.

SO ORDERED:

Dated: April 16, 2008

_____
LORETTA A. PRESKA, U.S.D.J.

Musalliorder416

2