# LEVI LUBARSKY & FEIGENBAUM LLP

ATTORNEYS AT LAW
1185 AVENUE OF THE AMERICAS
17TH FLOOR
NEW YORK, NEW YORK 10036

TEL. (212) 308-6100
FAX (212) 308-8830
WWW.LLF-LAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/08

July 17, 2008

*By Facsimile*

Hon. Loretta A. Preska
United States District Court for the
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007-1312

      Re: Musalli Factory for Gold & Jewelry Co. v. JPMorgan Chase Bank, N.A., et al., 1:08-cv-01720(LAP)

Dear Judge Preska:

      I am writing to respectfully request that the Court permit defendants to file a 35 page Memorandum of Law in support of its Motion to Dismiss the Amended Complaint, due July 25, 2008.

      By letter of April 10, 2008, the defendants requested 30 pages for their motion to dismiss the initial complaint filed in this action. On April 16, 2008, during a telephone conference with the Court pursuant to that letter, the Court indicated that a 30-page brief would be acceptable, but also directed defendants to provide plaintiff with a pre-motion letter after which plaintiff would have an opportunity to amend. Plaintiff did amend and the amended complaint adds seven pages, twenty-seven paragraphs, and two additional claims. Accordingly, although defendants have made a diligent effort to limit their briefing, in light of the additional matter in the amended complaint defendants believe that 35 pages will be required to adequately address the issues relevant to the motion.

      I have conferred with plaintiff's counsel and he has consented to the request, provided that plaintiff is permitted an equivalent number of pages for its opposition, to which defendants consent.

So ordered
Loretta A Preska
USDJ
July 18, 2008

Thank you for your consideration of this matter.

Respectfully submitted,

*[signature]*

Andrea Likwornik Weiss

cc: John Lauro, Esq.
(by email and first class mail)