UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MUSALLI FACTORY FOR GOLD            :
& JEWELLRY CO.,                     :     1:08-cv-01720 (LAP)
                                    :
    Plaintiff,  :
                                    :
                                    :
  -against-               :     NOTICE OF MOTION
                                    :
                                    :
JPMORGAN CHASE BANK N.A., CHASE     :
INVESTMENT SERVICES CORPORATION,    :
and NICHOLAS GAMBELLA,              :
                                    :
    Defendants. :
-----------------------------------------------------------------X

  PLEASE TAKE NOTICE that upon the attached Declaration of Andrea Likwornik Weiss and the accompanying Memorandum of Law, defendants JPMorgan Chase Bank, N.A., Chase Investment Services Corporation and Nicholas Gambella will move this Court, before the Honorable Loretta A. Preska, United States District Court Judge for the Southern District of New York, on a date and at a time to be determined by the Court, at the Courthouse located at 500 Pearl Street, New York, New York 10007, for an Order pursuant to Fed. R. Civ. P. 12(b)(6) dismissing the amended complaint; and

  PLEASE TAKE FURTHER NOTICE that, pursuant to Stipulation, papers in Opposition to the motion shall be served and filed on or before August 29, 2008 and papers in Reply to the Opposition shall be served and filed on or before September 19, 2008.

Dated: New York, New York
       July 25, 2008

                             LEVI LUBARSKY & FEIGENBAUM, LLP

                          By: _____/s/_____
                                Andrea Likwornik Weiss
                                Alan H. Scheiner
                                1185 Avenue of the Americas, 17th Floor
                                New York, New York 10036
                                (212) 308-6100

*Attorneys for Defendants JPMorgan Chase Bank, N.A., Chase Investment Services Corporation, and Nicholas Gambella*

TO (via ECF):

THE LAURO LAW FIRM
John F. Lauro, Esq.
101 East Kennedy Blvd.
Bank of America Plaza – Suite 3100
Tampa, FL 33602
T: (813) 222-8990
F: (813) 222-8991

*Attorneys for Plaintiff*

2