```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MUSALLI FACTORY FOR GOLD
& JEWELLRY CO.,                                              1:08-cv-01720 (LAP)

                        Plaintiff,

        -against-                                            STIPULATION REGARDING
                                                             TIME TO RESPOND TO THE
                                                             AMENDED COMPLAINT
                                                             AND A STAY OF DISCOVERY
JPMORGAN CHASE BANK N.A., CHASE
INVESTMENT SERVICES CORPORATION,
and NICHOLAS GAMBELLA,

                        Defendants.
-----------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/08

WHEREAS, pursuant to this Court's Order of May 12, 2008, plaintiff filed its the amended complaint on May 30, 2008; and

WHEREAS, pursuant to this Court's Order of May 12, 2008, the parties have conferred and agreed with respect to a briefing schedule for defendants' contemplated motion to dismiss the amended complaint;

WHEREAS, there has been no prior request for adjournment of the time to answer or otherwise respond to the amended complaint;

WHEREAS, the parties have conferred and agreed that they wish to postpone initial disclosures and discovery until after the Court's decision on the motion to dismiss and, in the event that the motion is denied in whole or in part, the parties will confer pursuant to Fed. R. Civ. P. 26(f) on or before thirty days after the Court's ruling on the motion to dismiss; and

THEREFORE, it is hereby Stipulated and Agreed that:

1. Defendants shall respond to the amended complaint by motion to dismiss or answer on or before July 25, 2008;

2. If defendants move to dismiss the amended complaint, plaintiff shall serve its opposition to defendants' motion to dismiss on or before September 5, 2008;

3. Defendants shall serve reply papers to plaintiff's opposition on or before September 26, 2008;

4. Initial disclosures and discovery shall be postponed until after the Court's decision on the defendants' motion to dismiss;

5. In the event that the motion to dismiss is denied in whole or in part, the parties shall confer pursuant to Fed. R. Civ. P. 26(f) on or before thirty days after the Court's ruling on the motion to dismiss.

Dated: New York, New York
June 13, 2008

THE LAURO LAW FIRM

By: _____
John F. Lauro, Esq. (NY Bar JL-2635)
101 East Kennedy Blvd.
Bank of America Plaza – Suite 3100
Tampa, FL 33602
T: (813) 222-8990
F: (813) 222-8991

1540 Broadway, Suite 1604
New York, NY 10036
T: 646-746-8659
F: 212-938-0858

*Attorneys for Plaintiff*

LEVI LUBARSKY & FEIGENBAUM LLP

_____
Andrea Likwornik Weiss
Alan H. Scheiner
1185 Avenue of the Americas
17th Floor
New York, NY 10036
T: (212) 308-6100
F: (212) 308-8830

*Attorneys for Defendants*

So ordered this 28 day of June, 2008.

*/s/ John F. Keenan for*
Hon. Loretta A. Preska
United States District Judge

3