# LAURO LAW FIRM
FLORIDA • NEW YORK

FLORIDA
Bank of America Plaza
101 East Kennedy Blvd.
Suite 3100
Tampa, Florida 33602
P: 813.222.8990
F: 813.222.8991

NEW YORK
1540 Broadway
Suite 1604
New York, New York 10036
P: 646.746.8659
F: 212.938.0858

John F. Lauro, P.A.
WWW.LAUROLAWFIRM.COM

By Telecopy & U.S. Mail

September 3, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/08
```

Hon. Loretta A. Preska
United States District Judge
United States District Court -
  Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

RE: *Musalli Factory for Gold and Jewellery v. JPMorgan Chase Bank, et al.*
Case No. 08-cv-1720 (LAP)

Dear Judge Preska:

As the Court is aware, the parties are currently briefing defendants' motion to dismiss. According to our original briefing schedule, set forth in the stipulation and order dated July 28, 2008, plaintiff was required to file a response on or before September 5, 2008. Because of various matters requiring counsel's attention during the summer, plaintiff would respectfully request that the Court extend plaintiff's time to respond to the motion to dismiss to on or before September 12, 2008, and accordingly extend defendants' time to reply to October 3, 2008.

Counsel for all parties have agreed to this amended briefing schedule.

Respectfully Submitted,

*John Lauro*

John F. Lauro

JFL/nat

cc: Andrea Likwornik Weiss, Esq. (by email)

SO ORDERED

*[signature]*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
September 4, 2008